| Fill in this information to identify the case: |
|---|
| Debtor 1  ALICIA GREEN |
| Debtor 2 |
| |
| United States Bankruptcy Court for the:  SOUTHERN District of Texas |
| Case number  13-33398 |

Official Form 410S1
**Notice of Mortgage Payment Change**                                                                 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

**Name of Creditor:**
SELECT PORTFOLIO SERVICING, INC. AS ATTORNEY-IN-FACT AND SERVICER-IN-FACT FOR DLJ Mortgage Capital, Inc.

**Court Claim no. (if known):**
6

**Last four digits of any number you use to identify the debtor's account:** XXXX7624

**Date of payment change:**
Must be at least 21 days after date of this notice
March 1, 2016

**New total payment:  $ 978.17**
Principal, interest and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment**
☐     No
■     Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment: $ 224.76**          **New escrow payment: $ 457.83**

### Part 2:  Mortgage Payment Adjustment

**2. Will there be a change in the debtor's mortgage payment for a reason not listed above?**
■     No
☐     Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:**                       **New interest rate:**
**Current principal and interest payment:**     **New principal and interest payment:**

### Part 3:  Other Payment Change

Escrow Chg 2014-028749 aia1

Debtor 1: ALICIA GREEN                                                                 Case number 13-33398

### 3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

■ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment:** $ _____                **New mortgage payment:** $ _____

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

Signature: _____            Date: 1-19-16

**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-328-2818, dvarner@hwa.com;
**Kristen L. Bates** TBA 24073881
Direct: 713-328-2881, kb@hwa.com
**Michael Weems** TBA #24066273
Direct: 713-328-2822, mweems@hwa.com

**Title:** Attorney for DLJ Mortgage Capital, Inc.

**Company:** Hughes Watters & Askanase, LLP
**Address:** 1201 Louisiana, Suite 2800
Houston, Texas 77092
**Contact Phone:** 713-759-0818

**Email:** dvarner@hwa.com
kb@hwa.com
mweems@hwa.com

Debtor 1: <u>ALICIA GREEN</u>  Case number 13-33398

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by electronic mail or by First Class U. S. Mail, postage prepaid on the __26__ day of January, 2016, to:

DEBTOR
ALICIA GREEN
15126 WESTERN SKIES DRIVE
HOUSTON, TX  77086

TRUSTEE
DAVID G PEAKE
CHAPTER 13 TRUSTEE
9660 HILLCROFT, STE 430
HOUSTON, TX  77096

DEBTORS' ATTORNEY
SETH PARKER CROSLAND
CROSLAND LAW FIRM
121  WEST HICKORY STREET, STE 103
DENTON, TX  76201

OFFICE OF THE U.S. TRUSTEE
515 RUSK AVENUE, SUITE 3516
HOUSTON, TX  77002

_____
Dominique Varner     TBA #00791182/FIN 18805
Kristen L. Bates       TBA 24073881
Michael Weems       TBA #24066273
1201 Louisiana, Suite 2800
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
Attorney for SELECT PORTFOLIO SERVICING, INC. AS ATTORNEY-IN-FACT AND SERVICER-IN-FACT FOR DLJ Mortgage Capital, Inc.